IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIEZER ALMANZAR, : | |
|    Petitioner : | |
| : | No. 1:21-cv-191 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN OF SCI : | |
| FAYETTE, *et al.*, : | |
|    Respondents : | |

## ORDER

**AND NOW**, on this 29th day of December 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

2. Petitioner's motion to expand the record (Doc. No. 13) is **DENIED**;

3. A certificate of appealability shall not issue; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                            s/ Sylvia H. Rambo
                                            United States District Judge